# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN LOVE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>　　　　　Defendant. | Case No.: CV 18-9863-DMG (MAAx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [21]** |

Upon review of the Stipulation for Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed by Plaintiff Sean Love and Defendant Capital One Bank (USA) N.A., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **APPROVED.** The above-captioned action is hereby dismissed in its entirety, with prejudice, with the parties to bear their own costs and attorneys' fees.

DATED: April 5, 2019

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE